IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCIS GRANDINETTI, #A0185087, | ) ) ) | CIV. NO. 20-00017 DKW-RT |
| Plaintiff, | ) ) ) | DISMISSAL ORDER |
| vs. | ) ) | |
| DR. MICHAEL HEGMANN, M.D., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Before the court is pro se Plaintiff Francis Grandinetti's pleading in which he alleges he has a parole hearing scheduled for January 28, 2020, in Honolulu, Hawaii, and he is "too injured on IACA" to attend. *See* Compl., ECF No. 1 at 1. Grandinetti complains that Defendant physicians at the Saguaro Correctional Center ("SCC") and in Hawaii refuse to provide him a mental health or physical examination to prove this. Grandinetti's exhibits, however, show he that has specifically informed medical staff that he is too injured to attend the parole hearing and that he has consistently refused medical and mental health examinations. *See id.*, at 2, 3, 7.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g).[1] He may not proceed in this action without prepayment of the civil filing fee, unless his pleadings show that he was in imminent danger of serious physical injury when he brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). Nothing in the Complaint or its exhibits suggests that Grandinetti is or was in imminent danger of serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id.* at 1056. Moreover, Grandinetti may refuse to attend a parole hearing at his discretion. Grandinetti fails to state a colorable claim for relief or show that he is entitled to proceed in this case without concurrent payment of the filing fee.

Grandinetti may not proceed in forma pauperis and this action is DISMISSED without prejudice for failure to concurrently pay the civil filing fee. This dismissal does not prevent Grandinetti from moving to reopen this action with concurrent payment of the filing fee.

The Clerk is DIRECTED to terminate this case and enter judgment. In light of Grandinetti's history of filing documents, motions, and requests in long-closed

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

cases, the Court will take no further action on any documents filed herein beyond processing a notice of appeal, unless Grandinetti submits the civil filing fee.

IT IS SO ORDERED.

DATED: January 14, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Francis Grandinetti v. Dr. Michael Hegmann, M.D. et al*;
Civil No. 20-00017 DKW-RT; **DISMISSAL ORDER**
3 Stks '20 (refuse att. HPA hrg)